IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY STEVEN MILLER, et al.,<br><br>    Defendants.<br>_____ / | 1:11-cv-01339-LJO SKO<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2, 5)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO VOID CIVIL CASE<br><br>(Doc. 9) |

**I. INTRODUCTION**

On August 12, 2011, Plaintiff Carlos Gilbert Law ("Plaintiff"), a state prisoner proceeding pro se and seeking to proceed in forma pauperis, filed this action against Defendant Gregory Steven Miller, a 7-Eleven employee, as well as "Doe" Defendants, including the 7-Eleven store manager, the 7-Eleven franchise owner, and/or the 7-Eleven Chief Executive Officer. Plaintiff had initially filed an incomplete application to proceed in forma pauperis. (Doc. 2.) On August 29, 2011, Plaintiff filed a fully complete in forma pauperis application, as well as a "motion to void" civil case no. 1:11-cv-1358-AWI-DLB. (Docs. 5, 9.)

For the reasons set forth below, (1) Plaintiff's application to proceed in forma pauperis is GRANTED and (2) Plaintiff's "motion to void" civil case is DENIED AS MOOT. The Court also notes that Plaintiff has now fully complied with the Court's August 29, 2011, order requiring Plaintiff to file a complete application to proceed in forma pauperis or to pay the filing fee. (Doc. 8.)

## II. DISCUSSION

**A.    Application to Proceed In Forma Pauperis**

Plaintiff is a prisoner proceeding pro se and had requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has now made the showing required under § 1915(a), including completing the authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. (Doc. 5, p. 2.) The request to proceed in forma pauperis is GRANTED.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections or his designee is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**B.    Motion to Void Civil Case**

On August 29, 2011, Plaintiff filed a "motion to void" civil case no. 1:11-cv-1358-AWI-DLB. (Doc. 9.) As the Court has already dismissed and closed that action as being duplicative to this instant action, Plaintiff's motion is DENIED AS MOOT. (*See* 1:11-cv-1358-AWI-DLB, Doc. 5.)

**C.    Plaintiff's Compliance with Court Order to File an In Forma Pauperis Application**

On August 29, 2011, the Court issued an order requiring Plaintiff to file a fully completed application to proceed in forma pauperis or to pay the filing fee within 30 days. (Doc. 8.) On the same day, the Court received from Plaintiff his now fully completed application to proceed in forma pauperis. (Doc. 5.) As the Court's order and Plaintiff's application apparently crossed in the mail, the Court notes that Plaintiff has fully complied with the Court's August 29, 2011, order.

## III. CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Docs. 2, 5) is GRANTED;
2. Plaintiff's motion to void civil case no. 1:11-cv-1358-AWI-DLB. (Doc. 9) is DENIED AS MOOT;

3. The Director of the California Department of Corrections or his designee is DIRECTED to:

    (a) Collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account; and

    (b) Forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action; and

4  The Clerk of the Court is DIRECTED to:

    (a) Serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections via the electronic case filing system (CM/ECF); and

    (b) Serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:**   **August 31, 2011**             **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE