IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW, | 1:11-cv-01339-LJO SKO |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED |
| v. | IN FORMA PAUPERIS |
| GREGORY STEVEN MILLER, et al., | (Doc. 11) |
| Defendants. | |
| _____/ | |

On September 2, 2011, Plaintiff Carlos Gilbert Law ("Plaintiff"), a prisoner proceeding pro se, submitted an application requesting to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 11.) As the Court previously granted Plaintiff's in forma pauperis application on September 1, 2011 (Doc. 10), Plaintiff's current request is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   September 6, 2011**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE